IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the IRON WORKERS TRI-STATE WELFARE PLAN )<br>)<br>)<br>Plaintiffs, )<br>)<br>)<br>v. )<br>)<br>KINKELAAR PRODUCTS & SERVICES, INC. )<br>)<br>Defendant. ) | Case No. 15 C 6068<br><br>Judge Tharp |

## Judgment Order
_____

This matter coming on to be heard pursuant to Plaintiffs' Motion for Entry of Judgment, due notice having been give, the Court having jurisdiction and being fully advised in the premises;

IT IS ORDERED:

That a final judgment is entered in behalf of the Plaintiffs and against the Defendant, KINKELAAR PRODUCTS & SERVICES, INC., in the sum of **$226,844.13** representing the following amounts:

| | | |
|---|---|---|
| a) | ERISA Contributions (06/15 - 11/15) | $193,795.74 |
| b) | Liquidated Damages (07/15 - 12/15) | $26,187.50 |
| c) | Attorney Fees and Costs | $6,860.89 |
| | **TOTAL** | **$226,844.13** |

Further, Plaintiffs shall be awarded their attorney fees and costs incurred in their attempts to collect on this judgment in the post-judgment supplemental proceedings.

ENTERED:

/s/ John J. Tharp, Jr.
_____
JOHN J. THARP JR.
UNITED STATES DISTRICT JUDGE

DATED: 1/14/2016_____